**Opinion filed January 16, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00373-CR

_____

## ISAAC ELIO FLORES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**

**Scurry County, Texas**

**Trial Court Cause No. 9929**

## M E M O R A N D U M   O P I N I O N

Isaac Elio Flores has filed a pro se notice of appeal from the trial court's order denying Flores's motion for judgment nunc pro tunc. We dismiss the appeal.

The clerk of this court wrote Flores on December 11, 2013, and informed him that the order from which he was attempting to appeal did not appear to be an appealable order. We requested that Flores respond on or before December 30,

2013, and show grounds to continue the appeal. Flores has filed a brief, but he has not shown grounds upon which this appeal may continue.

An intermediate appellate court has no jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc. *Sanchez v. State*, 112 S.W.3d 311 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. dism'd). Consequently, we have no jurisdiction to entertain this appeal.

The appeal is dismissed for want of jurisdiction.

PER CURIAM

January 16, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.